IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 2:04cr20499-D |
| JODIE POPE, | * | |
| Defendant. | * | |

## ORDER GRANTING MOTION TO CONTINUE REPORT DATE AND EXTEND TIME TO FILE PRETRIAL MOTIONS

Before this Court is defendant's motion to continue report date and extend time to file pretrial motions, filed May 13, 2005. For good cause shown and with no opposition from the government, the motion is GRANTED. The report date will be reset by separate notice for sixty days. This cancels the current setting for May 19, 2005. The motions deadline is extended to thirty days from the date of this order.

It is so ORDERED this __18__ day of May, 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CR-20499 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT