IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 11 PM 1:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 04-20499-D |
| JODIE POPE, | * | |
| Defendant. | * | |

### ORDER GRANTING MOTION FOR ADDITIONAL TIME
### IN WHICH TO FILE PRETRIAL MOTIONS AND TO RESET REPORT DATE

Before this Court is defendant's motion to extend time to file pretrial motions and to Reset Report Date, filed July 8, 2005. For good cause shown and with no opposition from the government, the motion is GRANTED. The report date will be reset by separate notice for sixty days. This cancels the current setting for July 21, 2005. The motions deadline is extended to forty-five (45) days from the date of this order.

It is so ORDERED this 8th day of July, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CR-20499 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT