IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CR. NO. 04-20499-D |
| JODIE POPE, | * | |
| Defendant. | * | |

**MOTION TO CONTINUE REPORT DATE**

**COMES NOW** the defendant **JODIE POPE**, by and through undersigned counsel, and respectfully moves this Honorable Court to continue the report date, currently set for September 22, 2005, at 9:00 a.m., for thirty (30) days and would state as follows:

1. Undersigned counsel has had discussions with Assistant United States Attorney Jennifer Webber regarding this case. These discussions are incomplete at this time.

2. Undersigned counsel believes that a resolution will be reached by the next report date.

3. Given these circumstances, no meaningful report can be made at this time.

4. Counsel made an attempt to contact Assistant United States Attorney handling the case to see if there would be any objection to the motion to continue the report date.

**WHEREFORE,** for the foregoing reasons, defendant moves the Court to continue the report date for thirty (30) days.

MOTION GRANTED
DATE: 9-21-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-22-05

Respectfully Submitted,

*Pamela B Hamrin*

Pamela B. Hamrin
Assistant Federal Defender
200 Jefferson, Suite 200
Memphis, TN 38103
Phone: (901) 544-3895

## CERTIFICATE OF SERVICE

I, Pamela B. Hamrin, certify that I have this date delivered a true copy of the foregoing Motion To Continue Report Date to Ms. Jennifer Webber, Assistant United States Attorney, Clifford Davis Federal Building, Suite 800, 167 North Main Street, Memphis, TN 38103.

**THIS** the 19th day of September 2005.

*Pamela B Hamrin*

Pamela B. Hamrin
Assistant Federal Defender

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CR-20499 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT